# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 25-5209**          **September Term, 2025**

1:25-cv-00403-DLF

Filed On: February 5, 2026 [2157745]

Mennonite Church USA, et al.,

       Appellants

   v.

United States Department of Homeland
Security, et al.,

       Appellees

    **BEFORE:**    Circuit Judges Wilkins, Rao, and Pan

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, February 5, 2026 at 9:39 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

   Kelsi Corkran, counsel for Appellants.

   Michael E. Talent (DOJ), counsel for Appellees.

                                     **FOR THE COURT:**
                                     Clifton B. Cislak, Clerk

                     BY:    /s/
                                     Anne A. Rothenberger
                                     Deputy Clerk