**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MENNONITE CHURCH USA, *et al.*,

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY*, et al.*,

    Defendants.

Civil Action No. 25-CV-00403-DLF

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Kate Talmor hereby withdraws as counsel for all Plaintiffs, Mennonite Church USA, *et al.* All Plaintiffs will continue to be represented by counsel from the Institute for Constitutional Advocacy and Protection.

Dated:  May 21, 2026

Respectfully submitted,

/s/  *Kate Talmor*
Kate Talmor (D.C. Bar 90036191)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
   AND PROTECTION
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 661-6728

*Attorney for Plaintiffs*