# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 25-5209** | **September Term, 2024** |
| | 1:25-cv-00403-DLF |
| | Filed On: August 18, 2025 [2130545] |

Mennonite Church USA, et al.,

      Appellants

    v.

United States Department of Homeland
Security, et al.,

      Appellees

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | September 22, 2025 |
| Appendix | September 22, 2025 |
| Appellees' Brief | October 22, 2025 |
| Appellants' Reply Brief | November 12, 2025 |

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:   /s/
                Michael C. McGrail
                Deputy Clerk