**ORAL ARGUMENT NOT YET SCHEDULED**

**No. 25-5209**

# In the United States Court of Appeals
# for the District of Columbia Circuit

MENNONITE CHURCH USA, ET AL.,

*Plaintiffs-Appellants*,

*v.*

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.*,*

*Defendants-Appellees*,

On Appeal from the United States District Court
for the District of Columbia
Case No. 25-cv-00403 (Hon. Dabney Friedrich, District Judge)

**BRIEF OF SCHOLARS OF QUAKER PRACTICES
AND BELIEFS AS *AMICI CURIAE* IN SUPPORT
OF PLAINTIFFS-APPELLANTS AND REVERSAL**

TOBIN RAJU
  *Counsel of Record*
DAVID A. SCHULZ
MEDIA FREEDOM AND
  INFORMATION ACCESS CLINIC
YALE LAW SCHOOL
127 Wall Street
New Haven, CT 06511
Tel: (203) 436-5836
tobin.raju@ylsclinics.org

*Counsel for Scholars of Quaker
Practices and Beliefs as Amici Curiae*

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to Circuit Rule 28(a)(1), *amici curiae* Scholars of Quaker Practices and Beliefs Isaac Barnes May, Stephen Angell, Jane Calvert, Thomas D. Hamm, Julie Holcomb, Andrew Taylor, David Watt ("*amici*") certify as follows:

A. <u>Parties and *Amici*</u>

There have been no changes to the parties, intervenors, and *amici* since the filing of the parties' briefs**,** except for the above-named *amici* Scholars of Quaker Practices and Beliefs, who were not *amici* in the district court, and The United States Conference of Catholic Bishops, which has filed its notice of intention to participate as *amicus curiae*.

B. <u>Rulings Under Review</u>

References to the rulings at issue appear in Appellants' brief.

C. <u>Related Cases</u>

References to related cases within the meaning of Circuit Rule 28(a)(1)(C) appear in Appellants' brief.

# TABLE OF CONTENTS

CERTIFICATE AS TO PARTIES, RULINGS, AND
     RELATED CASES ................................................................. i

TABLE OF AUTHORITIES ................................................... iv

STATUTES AND REGULATIONS ......................................... 1

STATEMENT OF IDENTITY, INTEREST, AND
     AUTHORITY TO FILE ....................................................... 1

RULE 29(a)(4)(E) CERTIFICATION ..................................... 5

CERTIFICATE REGARDING SEPARATE BRIEFING ......................... 6

SUMMARY OF ARGUMENT ................................................. 6

ARGUMENT ........................................................................ 11

I.     QUAKERS' FIRMLY HELD RELIGIOUS BELIEFS ................... 11

     A.     Quaker Beliefs Require Them to Value "that of God in
           Everyone," Regardless of Nationality ................................. 13

     B.     Quakers' Beliefs Compel Them to Take Action to Protect
           Marginalized Groups ........................................................ 16

II.    THE THREAT OF APPREHENDING IMMIGRANTS IN
     PLACES OF WORSHIP SIGNIFICANTLY BURDENS THE
     EXERCISE OF QUAKERS' RELIGIOUS BELIEFS ................... 23

     A.     The Policy Change Alters How Quakers Worship ............... 24

     B.     The Policy Change Affects How Quakers Define
           Membership and Ministry ................................................. 27

     C.     The Policy Change Authorizing Officers to Bring Weapons
           into Meetings Violates Core Quaker Beliefs about Peace .... 29

III.   THE PROSPECT OF RAIDS ON THEIR MEETINGS ECHOES
     THE HISTORIC RELIGIOUS PERSECUTION THAT CAUSED
     QUAKERS TO FLEE ENGLAND ........................................ 30

CONCLUSION .................................................................... 35

CERTIFICATE OF COMPLIANCE........................................................37

CERTIFICATE OF SERVICE..............................................................38

# TABLE OF AUTHORITIES

Page(s)

## Cases

*Babbitt v. United Farm Workers Nat'l Union*,
554 U.S. 289 (1979)................................................................24

*District of Columbia v. Heller*,
554 U.S. 570 (2008)................................................................29

*Employment Div. v. Smith*,
494 U.S. 872 (1990)................................................................26

*Fulton v. City of Philadelphia, Pennsylvania*,
593 U.S. 522 (2021)..................................................................4

*Gonzales v. O Centro Espírita Beneficente União do Vegetal*,
546 U.S. 418 (2006)..................................................................5

*Hosanna-Tabor Evangelical Lutheran Church and Sch. v. E.E.O.C.*,
565 U.S. 171 (2012)................................................................29

*Kedroff v. St. Nicholas Cathedral of Russian Orthodox Church in N.A.*,
344 U.S. 94 (1952)................................................................27

*NAACP v. Patterson*,
357 U.S. 449 (1957)................................................................24

*Presbyterian Church (U.S.A.) v. United States*,
870 F.2d 518 (9th Cir. 1989)................................................................23

*Roman Catholic Diocese of Brooklyn v. Cuomo*,
592 U.S. 14 (2020)................................................................26, 27

*In re Summers*,
325 U.S. 561 (1945)................................................................36

*Susan B. Anthony List v. Driehaus*,
  573 U.S. 149 (2014) ............................................................................24

*Tandon v. Newsom*,
  593 U.S. 61 (2021) ..............................................................................26

*United States v. Schwimmer*,
  279 U.S. 644 (1929) ..............................................................................7

**Constitution and Statutes**

42 U.S.C. § 2000bb-1(a) .........................................................................27

U.S. Const. art. VI, cl. 3 ........................................................................34

**Other Authorities**

*A Declaration from the Harmless and Innocent people of God, Called
  Quakers* (1661), *reprinted in* QUAKER WRITINGS: AN ANTHOLOGY
  (Thomas D. Hamm ed., 2011) ............................................................13

Aleja Hertzler-McCain, *In Congregations, Fear, Misinformation and
  Preparation after ICE Policy Change*, Religion News Service (Jan. 28,
  2025), http://religionnews.com/2025/01/28/in-congregations-fear-
  misinformation-and-preparation-after-ice-policy-change/ ..................25

ALLAN W. AUSTIN, QUAKER BROTHERHOOD: INTERRACIAL ACTIVISM AND
  THE AMERICAN FRIENDS SERVICE COMMITTEE, 1917-1950 (2012) .........19

Anita Snow & Debadrita Sur, *ICE Agents Detain Migrants on Church
  Grounds California Parishes, Diocese Says*, National Catholic
  Reporter, https://www.ncronline.org/news/ice-agents-detain-migrants-
  church-grounds-2-california-parishes-diocese-says (last visited Sept.
  26, 2025) .................................................................................................8

Bayard Rustin, *In Apprehension How Like a God!*, Quaker Pamphlets
  (1948), https://quaker.org/legacy/pamphlets/wpl1948a.html ..............22

Bianca Giaever, *Can You Gather With God Over Zoom?*, N.Y. Times
(May 22, 2020), https://www.nytimes.com/2020/05/22/arts/quaker-
meeting-zoom.html .................................................................................9

BRITAIN YEARLY MEETING, QUAKER FAITH & PRACTICE 19.32,
http://qfp.quaker.org.uk/passage/19-32/..............................................13

Brycchan Carey & Geoffrey Plank, *Introduction*, *in* QUAKERS AND
ABOLITION (Brycchan Carey & Geoffrey Plank eds., 2014)............17, 18

*Charter of Privileges Granted by William Penn, Esquire, to the
Inhabitants of Pennsylvania and Territories, October 28, 1701*,
http://avalon.law.yale.edu/18th_century/pa07.asp ..............................34

Connecticut Friends School, *S-P-I-C-E-S: The Quaker Testimonies*,
Friends J. (Sept. 20, 2010), http://bit.ly/3G9XmFw ............................15

David Crary, *Churches Are Holding Empty Services Because People Are
Too Afraid of ICE Agents Barging in to Arrest Refugees and
Immigrants*, Fortune (2025), http://fortune.com/2025/02/11/trump-ice-
immigration-religious-groups-lawsuit-migrants-arrests-churches-
synagogues/ ...........................................................................................25

David W. McFadden, *The Politics of Relief: American Quakers and
Russian Bolsheviks, 1917-1921*, 86 QUAKER HISTORY 1 (1997)............19

Elizabeth B. Jones, *Another Phase of the Unemployment
Problem*, FRIENDS' INTELLIGENCER 1029-1030 (1930).........................15

FRIENDS GENERAL CONFERENCE, GATHERING TOGETHER FOR A NEW
CENTURY OF SERVICE: A VISION FOR FRIENDS GENERAL CONFERENCE
(2021)......................................................................................................4

George Gilbert, *Update on U.S. Religion Census*, FRIENDS WORLD
COMMITTEE FOR CONSULTATION – SECTION OF THE AMERICAS (Feb. 25,
2022), http://fwccamericas.org/_wp/2022/02/25/updated-on-u-s-religion-
census/ .....................................................................................................7

George Washington, Letter to the Society of Quakers (Oct. 13, 1789), in *The Papers of George Washington, Presidential Series*, vol. 4, 8 Sept. 1789–15 Jan. 1790 (Dorothy Twohig ed., 1993), available at http://bit.ly/42fWqqI ................................................................... 34

GORDON K. HIRABAYASHI, A PRINCIPLED STAND: THE STORY OF HIRABAYASHI V. UNITED STATES (2013) ................................................. 20

Guy Aiken, *Feeding Germany: American Quakers in the Weimar Republic*, 43 DIPLOMATIC HISTORY 597 (2019) ...................................... 19

Hannah Fry, Christopher Buchanan & Andrew J. Campa, *A Crisis of Faith: ICE Raids Force Some Churches to Take "extraordinary" Action*, L.A. Times (July 11, 2025), https://www.latimes.com/california/story/2025-07-11/la-me-church-sweeps-worship ......................................................................... 8

ISAAC BARNES MAY, AMERICAN QUAKER RESISTANCE TO WAR, 1917-1973: LAW, POLITICS, AND CONSCIENCE (2022) ............................................... 20

ISAAC BARNES MAY, GOD-OPTIONAL RELIGION IN TWENTIETH-CENTURY AMERICA: QUAKERS, UNITARIANS, RECONSTRUCTIONIST JEWS, AND THE CRISIS OVER THEISM (2023) ................................................................. 16

JANE E. CALVERT, PENMAN OF THE FOUNDING: A BIOGRAPHY OF JOHN DICKINSON (2024) ................................................................... 18

JEAN R. SODERLUND, QUAKERS AND SLAVERY: A DIVIDED SPIRIT (1984) ............................................................................................... 18

JOHN WITTE & JOEL A. NICHOLS, RELIGION AND THE AMERICAN CONSTITUTIONAL EXPERIMENT (3rd ed. 2010) ...................................... 33

JOHN WOOLMAN, *THE JOURNAL OF JOHN WOOLMAN* (Ernest Rays ed., J.M. Dent & Sons Ltd. 1910) (1774) .............................................. 14, 17

Jordan R. Humphrey, Liberal Arts Colleges in the Tumultuous 1940s: Institutional Identity and the Challenges of War and Peace (2010) (PhD dissertation, Pennsylvania State University) ........................... 20

Katherine Murray, *Social Justice and Sustainability*, *in* THE
    CAMBRIDGE COMPANION TO QUAKERISM (Stephen W. Angell & Pink
    Dandelion eds., 2018)............................................................20

LEVI COFFIN, *Reminiscence of Levi Coffin, the Reputed President of the
    Underground Railroad: Being a Brief History of the Labors on Behalf
    of the Slave* (1880), *reprinted* in QUAKER WRITINGS: AN ANTHOLOGY
    (Thomas D. Hamm ed., 2010) .............................................18

Linda Rabben, *The Quaker Sanctuary Tradition*, 9 Religions 155 (2018),
    http://www.mdpi.com/2077-1444/9/5/155 .............................................21

Lucretia Mott, *Likeness to Christ* (1849), *reprinted in* A HISTORY OF
    PREACHING VOL. II 448 (O.C. Edwards Jr. ed., 2016) .........................22

Madeleine Ward, *Transformative Faith and the Theological Response of
    the Quakers to the Boston Executions*,
    21 QUAKER STUDIES 15 (2016) .............................................32

Marcus Rediker, *Radical Abolitionist Benjamin Lay Reclaimed by
    Quakers 279 Years Later*,
    Verso (Nov. 22, 2017), http://bit.ly/42fRamR ......................................17

Marcus Rediker, *You'll Never Be as Radical as This 18th-Century
    Quaker Dwarf*, N.Y. Times (Aug. 12, 2017), http://bit.ly/426NYLK....17

Margret Fell Fox, *The Testimony of Margaret Fox Concerning her Late
    Husband George Fox* (1694), *reprinted in* QUAKER WRITINGS: AN
    ANTHOLOGY 44 (Thomas D. Hamm ed., 2010)......................................11

MARION A. KAPLAN, BETWEEN DIGNITY AND DESPAIR: JEWISH LIFE IN
    NAZI GERMANY (1999)............................................................19

*Matthew* 5:34 (King James) ...............................................12

*Matthew* 25:40 (King James) ...............................................8

MICHAEL I. MEYERSON, ENDOWED BY OUR CREATOR: THE BIRTH OF
    RELIGIOUS FREEDOM IN AMERICA (2012) ...............................................34

Michael J. DeBoer, *Religious Conscience Protections in American State Constitutions*, *in* CHRISTIANITY AND THE LAWS OF CONSCIENCE: AN INTRODUCTION 305 (Helen M. Alvare & Jeffrey B. Hammond eds., 2021) .................................................................................... 33

Michael W. McConnell, *The Origins and Historical Understanding of Free Exercise of Religion*, 103 Harv. L. Rev. 1409 (1990) .................... 32

NANCY BLACK SAGAFI-NEJAD, FRIENDS AT THE BAR: A QUAKER VIEW OF LAW, CONFLICT RESOLUTION, AND LEGAL REFORM (2011) ..................... 15

Nathan Layne, *Immigrant Faithful Turn to Virtual Sermons and Home Communion amid Trump Crackdown*, Reuters (Sept. 7, 2025), https://www.reuters.com/world/us/immigrant-faithful-turn-virtual-sermons-home-communion-amid-trump-crackdown-2025-09-07/ ....... 22

Philadelphia Yearly Meeting, "What to Do if ICE Shows Up at Your Quaker Meeting," Philadelphia Yearly Meeting (Feb. 12, 2025), https://bit.ly/4i9ylb9 ................................................................................ 25

PINK DANDELION, AN INTRODUCTION TO QUAKERISM (2007) .................. 12

*Quaker Statements on Just Migration*, Friends Committee On National Legislation (Mar. 6, 2025), https://www.fcnl.org/updates/2025-03/quaker-statements-just-migration ................................................. 16

R.J.M. Blackett, *Abductors / Liberators and the Underground Railroad*, 91 JOURNAL OF SOUTHERN HISTORY 5, 7 (2025) .................................... 18

ROBERT BARCLAY, APOLOGY FOR THE TRUE CHRISTIAN DIVINITY (Quaker Heritage Press, 2002) (1678). ........................................................ 14, 30

Robynne Rogers Healey, *History of Quaker Faith and Practice: 1650-1808*, *in* THE CAMBRIDGE COMPANION TO QUAKERISM 13 (Stephen W, Angell & Pink Dandelion eds., 2018) .................................................... 31

ROSEMARY MOORE, *Seventeenth-Century Context and Quaker Beginnings*, *in* THE OXFORD HANDBOOK OF QUAKER STUDIES 13 (Ben Pink Dandelion & Stephen W. Angell eds., 2013) ................................ 12

Rosemary Moore, *The Early Development of Quakerism*, in THE QUAKERS, 1656-1723: THE EVOLUTION OF AN ALTERNATIVE COMMUNITY 8 (Richard C. Allen & Rosemary Moore eds., 2018)..............................31

ROSEMARY MOORE, THE LIGHT IN THEIR CONSCIENCES: EARLY QUAKERS IN BRITAIN, 1646-1666 (Twentieth Anniversary Edition ed. 2020)......31

RUFUS M. JONES, THE FAITH AND PRACTICE OF THE QUAKERS (1927)......11

STEPHEN HOBHOUSE, JOSEPH STURGE: HIS LIFE AND WORK (1919) ........30

SYDNEY E. AHLSTROM, A RELIGIOUS HISTORY OF THE AMERICAN PEOPLE 212 (1972)............................................................................................32

*Testimony*, Quaker.org , http://quaker.org/testimony/ (last visited Sept. 25, 2025)................................................................................................12

*Think Twice Before Calling the Police,* Quaker Speak (May 9, 2024), https://quakerspeak.com/video/think-twice-before-calling-the-police/........................................................................30

THOMAS D. HAMM, THE QUAKERS IN AMERICA (2003) ..............................28

THOMAS E. DRAKE, QUAKERS AND SLAVERY IN AMERICA (1950)..............18

WILLIAM PENN, THE GREAT CASE OF LIBERTY OF CONSCIENCE ONCE MORE BRIEFLY DEBATED & DEFENDED (1670), http://name.umdl.umich.edu/A54146.0001.001 ...................................32

Zack Jackson, *The "Quakers vs. ICE" Lawsuit*, (June 25, 2025), https://quakerpodcast.com/the-quakers-vs-ice-lawsuit/.................10, 28

## STATUTES AND REGULATIONS

All applicable statutes are contained in the brief of Appellant.

## STATEMENT OF IDENTITY, INTEREST, AND AUTHORITY TO FILE

*Amici curiae* are leading scholars of Quakerism with expertise in the religious beliefs and practices of Quakers and their history in the United States.[1] The *amici* hold academic qualifications in the study of history or religion, have published numerous scholarly books and articles about Quakerism, and hold or have held professional positions involving the academic study of Quakerism. The *amici* are:

Stephen W. Angell, the Leatherock Professor of Quaker Studies at Earlham School of Religion. He earned a PhD at Vanderbilt University and, in addition to his own writing, has served as the co-editor of numerous books, including *The Cambridge Companion to Quakerism, The Oxford Handbook of Quaker Studies, The Creation of Modern Quaker Diversity*, and *Early Quakers and Their Theological Thought*.

---

[1] The institutional affiliations of *amici* are provided for identification purposes only.

Jane E. Calvert, Founding Director of the John Dickinson Writing Project. She earned a PhD from the University of Chicago and her books include *Quaker Constitutionalism and the Political Thought of John Dickinson* (2012) and *Penman of the Founding: A Biography of John Dickinson* (2024).

Thomas D. Hamm, Professor Emeritus of History and the Quaker Scholar in Residence at Earlham College. Hamm holds a PhD from Indiana University and has published numerous books, including *The Quakers in America* (2003), *The Transformation of American Quakerism* (1988), and *Liberal Quakerism in the Long Nineteenth Century* (2020).

Julie Holcomb, Professor of Museum Studies at Baylor University. She holds a PhD from the University of Texas at Arlington and has published books, including *Moral Commerce: Quakers and the Transatlantic Boycott of the Slave Labor Economy (2016)*. Holcomb is the editor of the academic journal *Quaker History*.

Isaac Barnes May, resident fellow at Yale Law School. He holds a PhD from the University of Virginia, an MTS from

Harvard Divinity School, and a JD from Yale Law School. He is
the author of *American Quaker Resistance to War* (2022) and *God-
Optional Religion in Twentieth-Century America: Quakers,
Unitarians, Reconstructionist Jews, and the Crisis Over Theism*
(2023). May is the book review editor for *Quaker History*.

Andrew S. Taylor, Assistant Professor at The College of St.
Scholastica. He is a graduate of Harvard Divinity School and
holds a PhD from the University of Virginia. Taylor is co-chair of
the American Academy of Religion's Quaker Studies Unit with
Angell.

David Harington Watt, the Douglas and Dorothy Steere
Professor of Quaker Studies at Haverford College. He has a PhD
from Harvard University. Watt has written numerous books,
including *Henry Cadbury: Quaker, Pacifist, and Skeptic* (2024, co-
written with James Krippner), *Antifundamentalism in Modern
America* (2017)*, Bible-Carrying Christians* (2002)*, and A
Transforming Faith: Explorations of Twentieth-Century
Evangelicalism* (1991). He was a co-editor of *The Creation of
Modern Quaker Diversity, 1830-1937* (2023) with Angell.

*Amici's* interest in this case stems from the necessity of the Court to understand the claims of Quaker members of Plaintiff Friends General Conference within a proper historical and theological context. Friends General Conference was formed in 1900 and serves today as the organizational body uniting sixteen North American Yearly Meetings, which provide leadership to Quakers within a large geographic area, as well as eleven smaller Monthly Meetings.[2] It claims approximately 35,000 members.[3] Context for understanding Friends General Conference's religious commitments is essential because the Supreme Court has held that when dealing with religious plaintiffs making Religious Freedom Restoration Act (RFRA) claims "[r]ather than rely on 'broadly formulated interests,' courts must 'scrutinize[ ] the asserted harm of granting specific exemptions to particular religious claimants.'" *Fulton v. City of Philadelphia, Pennsylvania*, 593 U.S. 522, 541 (2021)

---

[2] FRIENDS GENERAL CONFERENCE, GATHERING TOGETHER FOR A NEW CENTURY OF SERVICE: A VISION FOR FRIENDS GENERAL CONFERENCE 3 (2021), https://www.fgcquaker.org/wp-content/uploads/2022/01/Gathering-Together-Case-for-Support_0.pdf.

[3] *Id.*

(quoting *Gonzales v. O Centro Espírita Beneficente União do Vegetal*, 546 U.S. 418, 431 (2006)).

Friends General Conference objects to the recission of the Department of Homeland Security's ("DHS") 2021 Guidelines for Enforcement Actions in or Near Protected Areas ("Protected Areas Guidelines" or "Guidelines"). As scholars of Quakerism, the *amici* are qualified to assist the Court by demonstrating that the claims of Plaintiff Friends General Conference's Quaker members are consistent with Quaker history, traditions, and religious practices and are therefore sincere. They also show that DHS's policy changes significantly burden Quakers' religious exercise and that these policies inhibit Quakers' ability to associate freely and worship communally.

All parties to this appeal have consented to the filing of this brief, and *amici* file it pursuant to Fed. R. App. P. 29(a)(2) and D.C. Circuit Rule 29(b).

## RULE 29(a)(4)(E) CERTIFICATION

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), *amici* certify that no party or counsel for a party authored the brief in part or in whole. Aside from *amici* or their counsel, no person or entity

made a financial contribution to fund the preparation or submission of the brief.

## CERTIFICATE REGARDING SEPARATE BRIEFING

Pursuant to Circuit Rule 29(d), *amici* certify that this brief is necessary because their expertise in the religious beliefs and practices of Quakers allows them to provide a unique perspective on the harms that have been inflicted on the Quaker Plaintiff Friends General Conference.

## SUMMARY OF ARGUMENT

From the time of its founding in seventeenth-century England, the beliefs and practices of the Religious Society of Friends, or Quakers as they are popularly known, elicited hostility from governments. They were persecuted for their faith in England and later in the colonies that became the United States because their core beliefs challenged prevailing institutional hierarchies. Quakers believed that individuals could discern religious truth by worshipping together without the teachings of trained clergy to guide them. They also committed to take the teachings of Jesus seriously and adhere to them in their daily lives. Embracing these beliefs, Quakers accept that all people are spiritually

equal, the use of violent force is always wrong, one should never swear, and outcasts should be welcomed and supported.

Through years of effort promoting public understanding of their religious convictions and gaining the respect of those in power, Quakers won legal and political acceptance in this country. Today, there are over 80,000 Quakers in the United States and more than 1,000 Quaker houses of worship, typically referred to as meetinghouses.[4] Quakers have sought to contribute positively to American society, and they have succeeded. As Justice Holmes acknowledged long ago, "Quakers have done their share to make the country what it is." *United States v. Schwimmer*, 279 U.S. 644, 655 (1929) (Holmes, J. dissenting), *overruled by Girouard v. United States*, 328 U.S. 61 (1946).

For the past three decades, the Protected Areas Guidelines issued by the federal government respected Quakers' religious conviction that immigrants should be welcomed and supported by directing federal officers to refrain from immigration enforcement actions in places of

---

[4] George Gilbert, *Update on U.S. Religion Census*, FRIENDS WORLD COMMITTEE FOR CONSULTATION – SECTION OF THE AMERICAS (Feb. 25, 2022), http://fwccamericas.org/_wp/2022/02/25/updated-on-u-s-religion-census/.

worship. The abrupt recission of these Guidelines earlier this year means government officials may now intrude on Quaker meetings without notice and without a judicial warrant while bearing arms, itself a direct affront to Quaker teachings. In the Los Angeles area, for example, Immigration and Customs Enforcement agents have already entered the property of other religious communities to detain people, raising concerns about future developments.[5]

The potential for immigration enforcement actions at Quaker meetinghouses substantially burdens the ability of Quakers to exercise their religious beliefs in multiple respects:

1. The risk of raids in meetinghouses disrupts the ability to welcome and care for the most vulnerable members of a community, as dictated by Quakers' belief in the equality of all

---

[5] Anita Snow & Debadrita Sur, *ICE Agents Detain Migrants on Church Grounds at 2 California Parishes, Diocese Says*, National Catholic Reporter, https://www.ncronline.org/news/ice-agents-detain-migrants-church-grounds-2-california-parishes-diocese-says (last visited Sept. 26, 2025); Hannah Fry, Christopher Buchanan & Andrew J. Campa, *A Crisis of Faith: ICE Raids Force Some Churches to Take "extraordinary" Action*, L.A. Times (July 11, 2025), https://www.latimes.com/california/story/2025-07-11/la-me-church-sweeps-worship.

people before God.  It cuts Quakers from their long history of offering aid to immigrants and the disadvantaged—those whom Jesus called the "least of these."[6]

2.  The risk of raids in meetinghouses precludes the inclusiveness that Quaker faith demands. Unannounced government intrusion into Quaker meetings effectively limits who can participate in public worship and who can minister in the Quaker faith. The ability to welcome non-citizens into the Quaker community is frustrated when attending worship requires them to be present at locations that put them in danger.

3.  The risk of raids in meetinghouses undermines the religious experience of Quakerism. Moving services online for the protection of immigrants alters the communal nature of the religious experience, a problem particularly acute for Quakers, whose experience of God is strengthened through sitting together in silence.[7]

---

[6] *Matthew* 25:40 (King James).

[7] *See,* Bianca Giaever, *Can You Gather With God Over Zoom?*, N.Y. Times (May 22, 2020),

These impacts on the exercise of Quakers' beliefs all flow from the uncertainty and fear of official intrusion, even before a raid occurs.

Other impacts have been felt by Quakers already from the threat of immigration raids. The change in policy has required them to close off portions of meetinghouses, train members on how to interact with federal law enforcement, and identify leaders able to negotiate with ICE agents to attempt to avoid the disruption of meetings.[8]

That Quakers can again be targeted for witnessing their beliefs echoes the historic repression they faced in England and the American colonies. The violation of Quakers' spiritual principles and the constraints on their ability to live their beliefs represents a retreat from over two centuries of religious liberty.

---

https://www.nytimes.com/2020/05/22/arts/quaker-meeting-zoom.html (observing that Quaker worship over Zoom is different from in-person gathering).

[8] Zack Jackson, *The "Quakers vs. ICE" Lawsuit*, (June 25, 2025), https://quakerpodcast.com/the-quakers-vs-ice-lawsuit/.

**ARGUMENT**

## I.  QUAKERS' FIRMLY HELD RELIGIOUS BELIEFS

Quakers came to North America in large part to secure religious liberty and live their sincerely held religious beliefs free of government interference. The Quaker movement begun in England by George Fox rests on the conviction that God can speak through anyone.[9] Fox declared: "You will say, Christ saith this, and the apostles say this; but what canst thou say? . . . what thou speakest is it inwardly from God?"[10] Rather than listening to the wisdom of clergy or the guidance of the established church, Fox believed individuals could discern religious truth by worshipping together.

The sanctity and serenity of worship services has thus been central to Quaker congregations or "Meetings" from the outset. "Unprogrammed" Quakers, who make up the majority of the members of Plaintiff Friends General Conference, remain silent in worship to

---

[9] RUFUS M. JONES, THE FAITH AND PRACTICE OF THE QUAKERS 24-25 (1927).

[10] Margret Fell Fox, *The Testimony of Margaret Fox Concerning her Late Husband George Fox* (1694), *reprinted in* QUAKER WRITINGS: AN ANTHOLOGY 44, 45 (Thomas D. Hamm ed., 2010).

facilitate communion with God. Communal silence prevails until someone feels "led" by God or some inward prompting to deliver spoken ministry to the gathered assembly.

Quakers also believe they are called by God to provide witness to their beliefs through their public actions, which they consider "testimonies" to their faith.[11]  As British Quaker Studies Professor Pink Dandelion has explained, Quaker "testimonies can be defined, historically, as the consequences of the spiritual life in everyday life."[12] For example, taking literally Jesus's command that people should "not swear at all,"[13] meant Quakers would not swear oaths. Believing that all people are spiritually equal, meant Quakers allowed women to hold positions of religious leadership.[14] Quakers announced to the English

---

[11] *Testimony*, Quaker.org , http://quaker.org/testimony/ (last visited Sept. 25, 2025) ("Quaker testimony is best understood as the public witness of an inward faith of both individual and community. It is the consequence of one's relationship to God and the outworking of that relationship in one's life.").

[12] PINK DANDELION, AN INTRODUCTION TO QUAKERISM 221 (2007).

[13] *Matthew* 5:34 (King James).

[14] ROSEMARY MOORE, *Seventeenth-Century Context and Quaker Beginnings*, *in* THE OXFORD HANDBOOK OF QUAKER STUDIES 13, 19 (Ben Pink Dandelion & Stephen W. Angell eds., 2013).

government that they rejected "all outward wars and strife and fightings with outward weapons, for any end or under any pretense whatsoever."[15] This strict adherence to pacifism would come to be called the Peace Testimony.

A.    **Quaker Beliefs Require Them to Value "that of God in Everyone," Regardless of Nationality**

From an early date, Quakers emphasized the capacity of each individual to experience God in his or her conscience and taught that religious truth is not confined to a single person or community. In 1656, George Fox sent a letter urging Quakers to "be examples in all countries, places, islands, nations . . . to walk cheerfully over the world, answering that of God in every one."[16] This openness to all was understood to mean that religious communities are broader than the national community. As early Quaker theologian Robert Barclay

---

[15] *A Declaration from the Harmless and Innocent people of God, Called Quakers* (1661), *reprinted in* QUAKER WRITINGS: AN ANTHOLOGY 321, 322 (Thomas D. Hamm ed., 2011).

[16] BRITAIN YEARLY MEETING, QUAKER FAITH & PRACTICE 19.32, http://qfp.quaker.org.uk/passage/19-32/ (quoting George Fox).

explained, "[u]nder [the] church . . . are comprehended all, and as many, of whatsoever nation, kindred, tongue or people they be."[17]

Early Quakers emphasized that religious truth could arise from different languages and cultures. Barclay highlighted how Arabic philosophical writing could evidence the universal workings of the divine.[18] Colonial-era Quaker minister John Woolman wrote in his *Journal* about meeting with Papunehang, a chief of the Delaware Tribe, and sharing prayers in English and Delaware, with and without translation.[19]

By the twentieth century some Quakers emphasized the dignity and equality of immigrants against nativist voices. Elisabeth B. Jones wrote to her fellow Quakers: "[v]oices are raised condemning the foreign-born for being such a 'burden.' There is a tendency to make them responsible for every kind of crime and even for the economic depression itself. . . . It will need to be pointed out, perhaps it will even

---

[17] ROBERT BARCLAY, APOLOGY FOR THE TRUE CHRISTIAN DIVINITY 232 (Quaker Heritage Press, 2002) (1678).

[18] *Id*. at 165.

[19] JOHN WOOLMAN, *THE JOURNAL OF JOHN WOOLMAN* 114 (Ernest Rays ed., J.M. Dent & Sons Ltd. 1910) (1774).

take courage, to remind us all that the foreign-born residents of this country have as much at stake as others, and are as much a part of the life of this country in times of stress as in times of prosperity."[20]

Many unprogrammed Quakers (including the majority of Plaintiff Friends General Conference's members) recognize a "testimony of equality" as one of the six core values of Quakerism—Simplicity, Peace, Integrity, Community, Equality, and Stewardship.[21] The testimony of equality bars Quaker meetings from enacting any policy that might make non-U.S. citizens less welcome in their meetings than citizens. It also prevents Quakers from taking actions that put any of their members at risk of government detention.[22] The government policy of immigration enforcement in or near places of worship thus forces Quakers into a difficult choice among their beliefs: welcome attendance

---

[20] Elizabeth B. Jones, *Another Phase of the Unemployment Problem*, FRIENDS' INTELLIGENCER 1029-1030 (1930).

[21] *See, e.g.*, Connecticut Friends School, *S-P-I-C-E-S: The Quaker Testimonies*, Friends J. (Sept. 20, 2010), http://bit.ly/3G9XmFw.

[22] *Cf.* NANCY BLACK SAGAFI-NEJAD, FRIENDS AT THE BAR: A QUAKER VIEW OF LAW, CONFLICT RESOLUTION, AND LEGAL REFORM 83–86 (2011) (Quaker organization brought suit because of religious objections to reporting the immigration status of their employees).

at services by all people, which puts some at risk; or protect non-citizens, which means excluding them from presence at meetinghouses. Either option violates Quakers' firmly held beliefs. App. 277.

### B.   Quakers' Beliefs Compel Them to Take Action to Protect Marginalized Groups

Many contemporary Quakers adhere to a religious obligation to provide support and assistance to non-citizens who are at risk of detention and deportation by the government.[23] They understand this obligation to flow from the longstanding history of Quakers' providing aid to those subjected to persecution. Supporting disadvantaged persons is central to the religious calling of many Quakers.[24]

The history of Quaker commitment to the outcast is profound. Quakers, for example, are known for their long-standing rejection of slavery. Outspoken Quaker abolitionists were writing by the beginning

---

[23] *See, Quaker Statements on Just Migration*, Friends Committee On National Legislation (Mar. 6, 2025), https://www.fcnl.org/updates/2025-03/quaker-statements-just-migration.

[24] ISAAC BARNES MAY, GOD-OPTIONAL RELIGION IN TWENTIETH-CENTURY AMERICA: QUAKERS, UNITARIANS, RECONSTRUCTIONIST JEWS, AND THE CRISIS OVER THEISM 188-89 (2023).

of the eighteenth century.[25] One such abolitionist, Benjamin Lay, issued dramatic protests against slavery. During one Quaker meeting, he took a hollowed-out Bible, filled it with berry juice, and stabbed it with a sword, making it appear that the Bible was bleeding. Lay then proclaimed: "Thus shall God shed the blood of those persons who enslave their fellow creatures."[26]

Opposition to slavery eventually became essential to Quakerism.[27] The later Quaker abolitionist John Woolman urged Quakers and others to help those in dire situations: "[I]n Divine Love the Heart is enlarged towards Mankind universally, and prepar'd to sympathize with Strangers, though in the lowest Station in Life."[28]

American Quakers banned slaveholding in their society before the ratification of the Constitution and eventually disowned those Quakers

---

[25] Brycchan Carey & Geoffrey Plank, *Introduction*, *in* QUAKERS AND ABOLITION, 3–4 (Brycchan Carey & Geoffrey Plank eds., 2014).

[26] Marcus Rediker, *You'll Never Be as Radical as This 18th-Century Quaker Dwarf*, N.Y. Times (Aug. 12, 2017) (quoting Benjamin Lay), http://bit.ly/426NYLK.

[27] Marcus Rediker, *Radical Abolitionist Benjamin Lay Reclaimed by Quakers 279 Years Later*, Verso (Nov. 22, 2017), http://bit.ly/42fRamR.

[28] WOOLMAN, *supra* note 19, at 230.

who refused to free those they enslaved.[29] Framer of the Constitution

John Dickinson, influenced by Quakerism, declared that laws

permitting slavery were illegitimate.[30] Later Quakers defied the law to

express their opposition to slavery. Levi Coffin, a head of the

Underground Railroad in Ohio,[31] recalled defending his activism to a

skeptical neighbor: "I asked if he thought the Good Samaritan had

stopped to inquire whether the man who fell in among thieves was

guilty of any crime before he attempted to help him?"[32] For modern

Quakers, these abolitionist Friends served witness to the care that

should be offered immigrants today.

---

[29] *See, e.g.*, JEAN R. SODERLUND, QUAKERS AND SLAVERY: A DIVIDED SPIRIT 87, 103, 147, 150, 177 (1984). *See generally,* QUAKERS AND ABOLITION, *supra* note 25; THOMAS E. DRAKE, QUAKERS AND SLAVERY IN AMERICA (1950).

[30] JANE E. CALVERT, PENMAN OF THE FOUNDING: A BIOGRAPHY OF JOHN DICKINSON 284, 346–47, 365, 429 (2024).

[31] R.J.M. Blackett, *Abductors/Liberators and the Underground Railroad*, 91 JOURNAL OF SOUTHERN HISTORY 5, 7 (2025).

[32] LEVI COFFIN, *Reminiscence of Levi Coffin, the Reputed President of the Underground Railroad: Being a Brief History of the Labors on Behalf of the Slave* (1880), *reprinted* in QUAKER WRITINGS: AN ANTHOLOGY 242, 244-245 (Thomas D. Hamm ed., 2010).

Quakers' sense of obligation to aid the disadvantaged has been reflected in many circumstances. The American Friends Service Committee (AFSC)—the Quaker relief organization—was created during World War I to help reconstruct Europe, feeding more than five million German children and providing food to address famine in the Soviet Union.[33] During the second World War, Quakers provided assistance to more than 8,000 children escaping the Nazi regime.[34] They also helped connect refugees with Americans willing to sponsor their immigration[35] and housed immigrants until they could find employment and settle permanently.[36] The AFSC and British Friends

---

[33] Guy Aiken, *Feeding Germany: American Quakers in the Weimar Republic*, 43 DIPLOMATIC HISTORY 597, 597 (2019); David W. McFadden, *The Politics of Relief: American Quakers and Russian Bolsheviks, 1917-1921*, 86 QUAKER HISTORY 1 (1997).

[34] MARION A. KAPLAN, BETWEEN DIGNITY AND DESPAIR: JEWISH LIFE IN NAZI GERMANY 117 (1999).

[35] ALLAN W. AUSTIN, QUAKER BROTHERHOOD: INTERRACIAL ACTIVISM AND THE AMERICAN FRIENDS SERVICE COMMITTEE, 1917-1950, 116 (2012).

[36] *Id*. at 113-26.

Service Committee received the Nobel Peace Prize in 1947 for their humanitarian work.[37]

Many American Quakers opposed Japanese internment.[38] Quaker lawyer Harold Evans on behalf of his client, Quaker Gordon Hirabayashi, unsuccessfully sued the federal government challenging Hirabayashi's arrest for violating a curfew established for Japanese-Americans.[39] Quaker-run Earlham College in Indiana allowed Japanese students to enroll, which caused local protests. Despite the outcry, the college's president, William Dennis, stood firm: "If we do not do our best to help these students, I do not see why we should be called a Quaker college."[40]

---

[37] Katherine Murray, *Social Justice and Sustainability*, *in* THE CAMBRIDGE COMPANION TO QUAKERISM 88, 93 (Stephen W. Angell & Pink Dandelion eds., 2018).

[38] ISAAC BARNES MAY, AMERICAN QUAKER RESISTANCE TO WAR, 1917-1973: LAW, POLITICS, AND CONSCIENCE 53 (2022).

[39] GORDON K. HIRABAYASHI, A PRINCIPLED STAND: THE STORY OF HIRABAYASHI V. UNITED STATES (2013).

[40] Jordan R. Humphrey, Liberal Arts Colleges in the Tumultuous 1940s: Institutional Identity and the Challenges of War and Peace 139 (2010) (PhD dissertation, Pennsylvania State University).

In 1980, Quakers in Arizona were pivotal in creating the

Sanctuary Movement, which assisted refugees from Latin America,

many of whom were undocumented. By 1985, thirty-nine Quaker

meetings across the United States listed themselves as Sanctuary

Meetings. A 1985 statement from the Atlanta Monthly Meeting

explained:

> We understand that deporting refugees back to
> Central America often means their torture and
> death. And to us this is a great evil. Our help will
> serve as a witness as we carry on our Testimony to
> the deepest part of our Faith.[41]

Quaker James Corbett, one of the founders of the Sanctuary Movement,

explained that his activism for immigrants was part of being faithful to

"the Peaceable Kingdom," a religious vision of a harmonious future

depicted in the Book of Isaiah.[42] *Id*.

For Quakers, allowing all people to worship without regard for

immigration status and providing aid to immigrants is an essential

---

[41] Linda Rabben, *The Quaker Sanctuary Tradition*, 9 Religions 155
(2018), http://www.mdpi.com/2077-1444/9/5/155 (quoting Atlanta
Monthly Meeting Statement).

[42] *Id*.

facet of their faith.[43] The nineteenth-century Quaker feminist and
abolitionist Lucretia Mott held that an ethic of service was as important
as religious belief, observing that "[i]t is time that Christians were
judged more by their likeness to Christ than their notions of Christ."[44]
A century later, Civil Rights leader Bayard Rustin would paraphrase
the First Epistle of John, asking his fellow Quakers "[h]ow can we love
God, whom we have not seen, if we cannot, in time of crisis, find the
way to love our brothers whom we have seen?"[45] For Friends, providing
a welcoming community to all, regardless of citizenship status, is a
necessary expression of their theological doctrine.

---

[43] Nathan Layne, *Immigrant Faithful Turn to Virtual Sermons and
Home Communion amid Trump Crackdown*, Reuters (Sept. 7, 2025),
https://www.reuters.com/world/us/immigrant-faithful-turn-virtual-
sermons-home-communion-amid-trump-crackdown-2025-09-07/.

[44] Lucretia Mott, *Likeness to Christ* (1849), *reprinted in* A HISTORY OF
PREACHING VOL. II 448, 448 (O.C. Edwards Jr. ed., 2016).

[45] Bayard Rustin, *In Apprehension How Like a God!*, Quaker Pamphlets
(1948), https://quaker.org/legacy/pamphlets/wpl1948a.html
(paraphrasing 1 John 4:20).

## II.    THE THREAT OF APPREHENDING IMMIGRANTS IN PLACES OF WORSHIP SIGNIFICANTLY BURDENS THE EXERCISE OF QUAKERS' RELIGIOUS BELIEFS

In revoking the Protected Areas Guidelines, the new DHS policy substantially burdens the sincerely held beliefs of Quakers. The rescission of the Protected Areas Guidelines has tangible effects even before a Quaker Meetinghouse is raided—so long as DHS may legally conduct a raid at a Quaker meetinghouse religious exercise is affected. The specter of a raid alters how Quakers worship, who attends meetings, and violates their core beliefs about peace. The threat of immigration enforcement therefore infringes Plaintiff Friends General Conference's members' constitutional and legal entitlements even in the absence of an actual raid on a Quaker meeting.

Plaintiffs need not await the consummation of threatened immigration enforcement at places of worship to establish an Article III injury or bring a pre-enforcement challenge. The rescission of the Protected Areas Guidelines has had a chilling effect on members of Plaintiff Friends General Conference's participation in Quaker meetings, App. 277, and constitutes a cognizable injury. *See Presbyterian Church (U.S.A.) v. United States*, 870 F.2d 518, 523 (9th

Cir. 1989) (recognizing that government conduct deterring participation in religious activities constitutes an Article III injury to religious organizations) (citing *NAACP v. Patterson*, 357 U.S. 449, 463-65 (1957)); *see also* Appellants' Br. at 25-29. Furthermore, the risk of future immigration enforcement at meetings undermines Quakers' ability to adhere to their religious tenets. App. 277, 281-83. Plaintiffs' assertions of "an actual and well-founded fear" of future enforcement suffice to establish an injury in fact for a preenforcement challenge, *Susan B. Anthony List v. Driehaus*, 573 U.S. 149, 160 (2014), especially where, as here, the government "has not disavowed any intention" of enforcement against the plaintiffs, *Babbitt v. United Farm Workers Nat'l Union*, 442 U.S. 289, 302 (1979). *See* Appellants' Br. at 46-55.

So long as the new policy remains in effect, Plaintiffs are entitled to preliminary relief.

## A.    The Policy Change Alters How Quakers Worship

The policy change imposes a significant burden on Quakers because their beliefs reject status distinctions based on nationality, titles of nobility, or social class. This precludes Quakers from making distinctions among their members or those choosing to attend based on

24

citizenship status. A Quaker meeting that must choose to turn away undocumented immigrants for their own safety or place them at risk by inviting them to worship where they are at risk of apprehension cannot embrace the inclusiveness their faith demands.

The rescission of the Protected Areas Guidelines has already had significant effects on how Quakers worship. The introduction of the policy has required Quakers to train their members how to deal with ICE, close spaces in meetinghouses from the public, and appoint officials to deal with the government.[46] Many religious communities have also been forced to offer ad hoc online options to attend services to minimize the risk of raids by the government.[47] This significantly

---

[46] *See* Philadelphia Yearly Meeting, "What to Do if ICE Shows Up at Your Quaker Meeting," Philadelphia Yearly Meeting (Feb. 12, 2025), https://bit.ly/4i9ylb9.

[47] David Crary, *Churches Are Holding Empty Services Because People Are Too Afraid of ICE Agents Barging in to Arrest Refugees and Immigrants*, Fortune (2025), http://fortune.com/2025/02/11/trump-ice-immigration-religious-groups-lawsuit-migrants-arrests-churches-synagogues/ (last visited Mar. 16, 2025); Aleja Hertzler-McCain, *In Congregations, Fear, Misinformation and Preparation after ICE Policy Change*, Religion News Service (Jan. 28, 2025), http://religionnews.com/2025/01/28/in-congregations-fear-misinformation-and-preparation-after-ice-policy-change/ (last visited Mar. 16, 2025).

burdens the free exercise of religion because "remote viewing [of religious services] is not the same as personal attendance," *Roman Catholic Diocese of Brooklyn v. Cuomo*, 592 U.S. 14, 19 (2020) (per curiam). This is particularly true of Quakers, who experience God through communal sitting in silence.

The rescission of the Guidelines substantially inhibits Quaker meetings from proceeding in their constitutionally and statutorily entitled manner. *Employment Div. v. Smith*, 494 U.S. 872, 877-78 (1990) ("[T]he 'exercise of religion' often involves not only belief and profession but the performance of (or abstention from) physical acts: assembling with others for a worship service. . . ."). It does not matter that the new policy has been in effect for mere months because these Quaker meetings, like other religious communities that are hampered by the change in policy, "are irreparably harmed by the loss of free exercise rights 'for even minimal periods of time[.]'" *Tandon v. Newsom*, 593 U.S. 61, 64 (2021) (per curiam) (quoting *Roman Cath. Diocese of Brooklyn v. Cuomo*, 592 U.S. 14, 19 (2020).

**B.** **The Policy Change Affects How Quakers Define Membership and Ministry**

Religious associations are entitled to regulate themselves, free from government interference. 42 U.S.C. § 2000bb-1(a) ("Government shall not substantially burden a person's exercise of religion even if the burden results from a rule of general applicability"). The rescission of the Protected Areas Guidelines harms the religious autonomy of Quakers by modifying their ability to choose their own membership. *See Kedroff v. St. Nicholas Cathedral of Russian Orthodox Church in N.A.*, 344 U.S. 94, 114 (1952) ("The right to organize voluntary religious associations to assist in the expression and dissemination of any religious doctrine . . . and for the ecclesiastical government of all the individual members, congregations, and officers within the general association, is unquestioned."). Quakers must now fear that having non-citizens as members will lead to government raids, frustrating Quaker belief in the equality of everyone and their commitment to acceptance of all.

Many Quakers believe that every participant in a Quaker meeting for worship holds a ministerial role, and is capable of ministering to the group. Quaker theologian Elton Trueblood once observed that Quakers

27

had not abolished clergy, rather they had abolished the laity.[48] By limiting who can participate in worship without fear of government raids and making it harder for Quakers to assemble together, the current Homeland Security policy effectively dictates who can and cannot offer ministry within Quakerism. Noah Merill, the General Secretary of the New England Yearly Meeting of Friends, explains the DHS policy "robs the worshiping communities, regardless of immigration status, of the opportunity to benefit from the gifts in the ministry of people who might be prevented from participating."[49]

The Supreme Court unanimously recognized that the government cannot constitutionally have any role in the selection of minsters, yet the new policy here has the effect of limiting who can provide Quaker ministry. This is doubly problematic because the Free Exercise Clause "protects a religious group's right to shape its own faith and mission through its appointments" and allowing the state to determine "which individuals will minister to the faithful also violates the

---

[48] THOMAS D. HAMM, THE QUAKERS IN AMERICA 93 (2003).

[49] Jackson, *The "Quakers vs. ICE" Lawsuit*, *supra* note 8 (quoting Noah Merill).

Establishment Clause." *Hosanna-Tabor Evangelical Lutheran Church and Sch. v. E.E.O.C.*, 565 U.S. 171, 188 (2012).

### C. The Policy Change Authorizing Officers to Bring Weapons into Meetings Violates Core Quaker Beliefs about Peace

The end of the Protected Areas Guidelines means that government agents entering Quaker meetings to engage in immigration raids would be armed. For most Quakers, the use of weapons is contrary to their fundamental religious beliefs. Justice Scalia, writing on behalf of the Supreme Court, explained, "Quakers opposed the use of arms not just for militia service, but for any violent purpose whatsoever—so much so that Quaker frontiersmen were forbidden to use arms to defend their families." *District of Columbia v. Heller*, 554 U.S. 570, 590 (2008). To bring weapons into meetinghouses would severely disrupt worship and fellowship among Quakers.

The opposition to bearing weapons and the use of force dates back to early Quakers in the seventeenth century. In 1678, Quaker theologian Robert Barclay wrote that anyone reconciling violence with the teachings of religion had "found a way to reconcile God with the devil, Christ with Antichrist, Light with darkness, and good with

29

evil."[50] English Quaker leader and abolitionist Joseph Sturge worked to pass resolutions against the existence of armed police.[51] Modern Quakers have maintained this opposition to weapons by urging members to even consider not calling the police in emergencies, lest armed police show up.[52] While police and law enforcement do sometimes enter Quaker meetings in extreme circumstances, allowing immigration raids raises the prospect that the presence of armed government agents may become a regular occurrence.

## III.     THE PROSPECT OF RAIDS ON THEIR MEETINGS ECHOES THE HISTORIC RELIGIOUS PERSECUTION THAT CAUSED QUAKERS TO FLEE ENGLAND

To appreciate the impact on Quakers of the prospect of immigration raids in houses of worship requires some understanding of the long history of official repression seeking to punish Quakers for their religious beliefs. From at least the beginning of the seventeenth century, Quakers faced intense persecution by the English government

---

[50] BARCLAY, *supra* note 17, at 468.

[51] STEPHEN HOBHOUSE, JOSEPH STURGE: HIS LIFE AND WORK 116 (1919).

[52] *Think Twice Before Calling the Police,* Quaker Speak (May 9, 2024), https://quakerspeak.com/video/think-twice-before-calling-the-police/.

for their heretical beliefs. The Religious Society of Friends endured agents of the English government entering their meetings, subjecting their members to arrest, and restricting their ability to worship freely.[53] Their property was seized, and they were subject to adverse legislation such as the 1662 Quaker Act, which targeted people who refused oaths or gathered together to worship outside the established church.[54] During Charles II's reign, 11,000 Quakers were imprisoned, with as many as 450 dying in custody.[55]

More than a century before the founding of the United States, Quakers had begun to immigrate to North America in search of freedom to worship, without government intrusion. Quakers settled mainly in

---

[53] ROSEMARY MOORE, THE LIGHT IN THEIR CONSCIENCES: EARLY QUAKERS IN BRITAIN, 1646-1666 185 (Twentieth Anniversary Edition ed. 2020).

[54] Rosemary Moore, *The Early Development of Quakerism*, in THE QUAKERS, 1656-1723: THE EVOLUTION OF AN ALTERNATIVE COMMUNITY 8, 23 (Richard C. Allen & Rosemary Moore eds., 2018).

[55] Robynne Rogers Healey, *History of Quaker Faith and Practice: 1650-1808*, *in* THE CAMBRIDGE COMPANION TO QUAKERISM 13, 19 (Stephen W, Angell & Pink Dandelion eds., 2018).

Pennsylvania and New Jersey, in large part to be free of government repression.[56]

Puritan founders in New England persecuted Quakers in New England for their beliefs. The Massachusetts Bay Colony criminalized Quaker worship and hanged four Quakers, later referred to as the "Boston Martyrs."[57] The Quaker founder of Pennsylvania, William Penn wrote in defense of religious liberty and envisioned the colony as a haven for people of all faiths.[58] It became an early shelter for religious dissenters.[59]

Religious liberty, as it evolved in the United States, aimed to safeguard the freedom of communities like the Quakers to practice their faith. At the founding, several state constitutions included provisions

---

[56] Michael W. McConnell, *The Origins and Historical Understanding of Free Exercise of Religion*, 103 Harv. L. Rev. 1409, 1425 (1990).

[57] Madeleine Ward, *Transformative Faith and the Theological Response of the Quakers to the Boston Executions*, 21 QUAKER STUDIES 15, 15-16 (2016); McConnell, s*upra* note 56, at 1423.

[58] WILLIAM PENN, THE GREAT CASE OF LIBERTY OF CONSCIENCE ONCE MORE BRIEFLY DEBATED & DEFENDED 4 (1670), http://name.umdl.umich.edu/A54146.0001.001.

[59] SYDNEY E. AHLSTROM, A RELIGIOUS HISTORY OF THE AMERICAN PEOPLE 212 (1972).

that protected Quaker practices. The Pennsylvania Declaration of Rights allowed conscientious objection to military service, for example, while New York's constitution specifically allowed Quakers as a group to be conscientious objectors.[60] The constitutions of Delaware, Maryland, and South Carolina allowed those with scruples to take affirmations instead of swearing oaths, with Maryland specifically listing Quakers as a community that did not permit oathtaking.[61]

During the American Revolution, the Continental Congress passed a resolution to protect conscientious objectors, specifically to insulate Quakers and a handful of other groups.[62] When the U.S. Constitution was drafted, the framers ensured that Quaker beliefs and practices were respected in the new nation. The Constitution allows no religious tests and officials have the option to affirm rather than swear

---

[60] Michael J. DeBoer, *Religious Conscience Protections in American State Constitutions*, *in* CHRISTIANITY AND THE LAWS OF CONSCIENCE: AN INTRODUCTION 305, 316 (Helen M. Alvare & Jeffrey B. Hammond eds., 2021).

[61] *Id.* at 316-317.

[62] JOHN WITTE & JOEL A. NICHOLS, RELIGION AND THE AMERICAN CONSTITUTIONAL EXPERIMENT 73 (3rd ed. 2010).

oaths.[63] After assuming the presidency, George Washington wrote to Philadelphia Yearly Meeting to assure Quakers that they were protected in the new nation.[64]

The end of the Protected Areas Guidelines raises the specter of governmental agents raiding Quaker meetings, ancient horrors that Quakers hoped were confined to the past. Modern Quakers, like their forebearers, must be cautious that their meetings could be subjected to government intrusion at any time. As reflected in the Charter granted to William Penn for Pennsylvania, Quakers have long believed that "[n]o people can be truly happy, though under the greatest enjoyment of civil liberties, if abridged of the freedom of their consciences as to their religious profession and worship."[65] The new government policy means Quakers' ability to worship freely is no longer secure.

---

[63] U.S. CONST. art. VI, cl. 3; *see* MICHAEL I. MEYERSON, ENDOWED BY OUR CREATOR: THE BIRTH OF RELIGIOUS FREEDOM IN AMERICA 147 (2012).

[64] George Washington, Letter to the Society of Quakers (Oct. 13, 1789), in *The Papers of George Washington, Presidential Series*, vol. 4, 8 Sept. 1789–15 Jan. 1790, at 265, 265–69 (Dorothy Twohig ed., 1993), available at http://bit.ly/42fWqqI.

[65] *Charter of Privileges Granted by William Penn, Esquire, to the Inhabitants of Pennsylvania and Territories, October 28, 1701*, http://avalon.law.yale.edu/18th_century/pa07.asp.

## CONCLUSION

Over a century before the founding of the United States, Quakers understood North America to be a haven. Since the founding, they have valued the religious liberty that the Constitution has guaranteed. In turn, as Justice Black observed, "the Quakers have had a long and honorable part in the growth of our nation." *In re Summers*, 325 U.S. 561, 575 (1945) (Black, J. dissenting). The recission of the Protected Areas Guidelines burdens significantly Quakers' deeply held religious beliefs and threatens the religious liberties the Constitution guarantees.

For the foregoing reasons, the Court should reverse.

Dated: September 29, 2025          Respectfully submitted,

/s/ *Tobin Raju*
TOBIN RAJU
  *Counsel of Record*
DAVID A. SCHULZ
MEDIA FREEDOM AND
  INFORMATION ACCESS CLINIC
YALE LAW SCHOOL[66]
127 Wall Street
New Haven, CT 06511
Tel: (203) 436-5836

---

[66] The views expressed herein do not purport to represent the institutional views of Yale Law School, if any.

tobin.raju@ylsclinics.org

*Counsel for Scholars of Quaker
Practices and Beliefs as Amici
Curiae*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 29, 32(a), and 32(g), the undersigned counsel for certifies that this brief:

1.      This brief complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) and Fed. R. App. P. 32(a)(5) because it contains 6,102 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2.      This brief complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6) because this brief has been prepared using Microsoft Office Word and is set in Century Schoolbook 14-point font.

Date: September 29, 2025

*/s/ Tobin Raju* _____
Tobin Raju

*Counsel of Record for Scholars of Quaker Practices and Beliefs as Amici Curiae*

## CERTIFICATE OF SERVICE

I certify that on September 29, 2025, I electronically filed the foregoing brief with the United States Court of Appeals for the District of Columbia Circuit, using the appellate CM/ECF system. All parties are registered CM/ECF users, and service upon them will be accomplished by the appellate CM/ECF system.

Date: September 29, 2025

/s/ *Tobin Raju*
Tobin Raju

*Counsel of Record for Scholars of Quaker Practices and Beliefs as Amici Curiae*