IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| MENNONITE CHURCH, USA, et al., <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> *Defendants-Appellees*. | No. 25-5209 |

**MOTION FOR A STAY OF BRIEFING
SCHEDULE IN LIGHT OF A LAPSE IN APPROPRIATIONS**

The Government hereby moves for a stay of the briefing schedule in the above-captioned case.

1.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The Department does not know when funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very

limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the briefing schedule until Congress has restored appropriations to the Department.

4. The Government respectfully requests that, when appropriations are restored, all current deadlines for the parties be extended for the number of days commensurate with the duration of the lapse in appropriations, plus an additional 14 days. Thus, for example, if the lapse lasts 14 days, all parties' deadlines would be extended by 14 + 14 = 28 days. The Government will need this additional time following the end of the lapse to restart regular government operations and finalize its brief for filing.

5. In addition, granting an extension calculated in the manner proposed above will avoid having all briefs that would otherwise have been due during the period of a lapse of appropriations from having the same due date following the restoration of appropriations, which would not be practicable for the Government or the Court. It also preserves

the original chronological order of filing in government cases for fairness to all parties.

6. Opposing counsel has authorized counsel for the Government to state that they do not oppose this request.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the briefing schedule in this case, as described above, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

MICHAEL S. RAAB
LOWELL V. STURGILL JR.


_/s/ Sarah N. Smith_
SARAH N. SMITH
(202) 305-0173
  _Attorneys, Appellate Staff_
  _Civil Division_
  _U.S. Department of Justice_
  _950 Pennsylvania Ave., N.W._
  _Room 7533_
  _Washington, D.C. 20530_

OCTOBER 2025

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Sarah N. Smith*

Sarah N. Smith

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 352 words, according to the count of Microsoft Word.

/s/ *Sarah N. Smith*
SARAH N. SMITH