[ORAL ARGUMENT NOT YET SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

MENNONITE CHURCH, USA, et al.,

    *Plaintiffs-Appellants*,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    *Defendants-Appellees*.

No. 25-5209

---

### THE GOVERNMENT'S UNOPPOSED MOTION TO GOVERN FURTHER PROCEEDINGS

The government respectfully requests that this Court enter a briefing schedule making the government's response brief due December 12, 2025, and plaintiffs' reply brief due December 22, 2025. This motion is unopposed.

**1.** Plaintiffs filed their opening brief on September 22, 2025. The government's response brief was due October 22, 2025.

**2.** At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice

expired and appropriations to the Department lapsed. On October 9, 2025, this Court granted the government's motion to stay the briefing schedule due to the lapse in appropriations, directing the parties to file motions to govern further proceedings in this case within 10 days of the date that appropriations were restored.

3.  On November 12, 2025, Congress enacted, and the President signed into law, an appropriations act that restored funding for the Department of Justice, permitting Department attorneys to resume their usual civil litigation functions.

4.  The parties have conferred regarding the briefing schedule. The government respectfully proposes that this Court enter a briefing schedule making the government's response brief due December 12, 2025, and plaintiffs' reply brief due December 22, 2025.

5.  Undersigned counsel are authorized to represent that plaintiffs consent to this proposed briefing schedule.

Respectfully submitted,

MICHAEL S. RAAB

/s/ *Sarah N. Smith*
SARAH N. SMITH
(202) 305-0173
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., N.W.*
  *Room 7533*
  *Washington, D.C. 20530*

NOVEMBER 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    /s/ *Sarah N. Smith*
    Sarah N. Smith

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 220 words, according to the count of Microsoft Word.

/s/ *Sarah N. Smith*
SARAH N. SMITH