# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5209**  September Term, 2025

1:25-cv-00403-DLF

Filed On: November 20, 2025 [2146453]

Mennonite Church USA, et al.,

    Appellants

    v.

United States Department of Homeland Security, et al.,

    Appellees

### O R D E R

Upon consideration of appellees' unopposed motion to govern further proceedings, it is

**ORDERED** that the motion be granted, and this case be removed from abeyance and returned to the court's active docket. It is

**FURTHER ORDERED** that the following revised briefing schedule apply in this case:

| | |
|---|---|
| Appellees' Brief | December 12, 2025 |
| Appellants' Reply Brief | December 22, 2025 |

**FOR THE COURT:**  
Clifton B. Cislak, Clerk

BY: /s/  
Michael C. McGrail  
Deputy Clerk