# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-5209** | **September Term, 2025** |
| | 1:25-cv-00403-DLF |
| | Filed On: January 27, 2026 [2156151] |

Mennonite Church USA, et al.,

      Appellants

    v.

United States Department of Homeland
Security, et al.,

      Appellees

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for February 5, 2026, at 9:30 A.M.:

    Appellants   -   10 Minutes

    Appellees   -   10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Wilkins, Rao, and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 29, 2027.

### Per Curiam

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                      BY:   /s/
                                  Michael C. McGrail
                                  Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)