# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5209** **September Term, 2026**

**1:25-cv-00403-DLF**

**Filed On:** November 20, 2026

Mennonite Church USA, et al.,

Appellants

v.

United States Department of Homeland Security, et al.,

Appellees

**BEFORE:** Wilkins, Rao, and Pan, Circuit Judges

**O R D E R**

Upon consideration of appellants' motion to expedite the petition for rehearing deadline and issuance of the mandate, the response thereto, and the reply, it is

**ORDERED** that the motion be denied.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk